JS-6

FILED
CLERK, U.S. DISTRICT COURT

February 7, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOAQUIN R. ALVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>LAURA LANDGRAF and RICK WEST,<br><br>    Defendants. | No. CV 16-00599-SJO(AS)<br><br>ORDER DISMISSING DEFENDANT RICK WEST WITH PREJUDICE AND REMANDING ACTION TO STATE COURT |

Pursuant to the parties' Stipulation to Dismiss Defendant Rick West with Prejudice and Remand to State Court, and good cause being shown,

1. Defendant Acting U.S. Postmaster Rick West is dismissed from this action with prejudice; and

2. This action is remanded to the Small Claims Court for the Los Angeles County Superior Court, Northwest District.[1]

Dated: February 7, 2016

*S. James Otero*

_____
UNITED STATES DISTRICT JUDGE

Presented By:

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division

  /s/
_____
KATHERINE M. HIKIDA
Assistant United States Attorney

Attorneys for Federal Defendant
Acting U.S. Postmaster Rick West

---

[1] If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded. 28 U.S.C.A. § 1447(c).

1

**CERTIFICATE OF SERVICE BY MAIL**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles St., Suite 7516, Los Angeles, CA 90012.

On, February 8, 2016. I served a copy of **ORDER DISMISSING DEFENDANT RICK WEST WITH PREJUDICE AND REMANDING ACTION TO STATE COURT [Proposed]** on persons or entities named below by enclosing a copy in an envelope addressed as shown below and  placing the envelope for collection and mailing with the United States Postal Service on the date and at the place shown below following our ordinary office practices.

Date of mailing: February 8, 2016.  Place of mailing: Los Angeles, California. Person(s) and/or Entity(s) to Whom mailed:

   Joaquin R. Alvarez      Laura Landgraf
   37112 Daisy Street      6573 Neddy Ave.
   Palmdale, CA  93550     West Hills, CA  91307

 I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made.  Executed on:  February 8, 2016, in Los Angeles, California.

_____/s/_____
MARGARET BARCELA

2